UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HARRY J. GLASS | ) | CASE NO. 06-04302-FJO-13 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Robert A. Brothers, trustee herein, submits the following notice of unclaimed dividends to the Court.

| **Payee(s)** | **Last Known Address** | **Amount** |
|---|---|---|
| JARROD K. RALPH | 1213 N ARLINGTON AVE<br>INDIANAPOLIS, IN  46219 | $376.22 |
| | | |
| **TOTAL AMOUNT** | | **$376.22** |

                                                   /s/ Robert A. Brothers
                                              Robert A. Brothers, Trustee

**(NOTE:  All checks should be mailed to the Indianapolis Clerk's Office, P.O. Box 44978,**

**Indianapolis. IN  46244, not to the divisional offices.  Attach a copy of this notice to the check.  Only remit one check per notice regardless of whether 1 or 250 Claimants are listed on this notice.)**